# United States Court of Appeals
## For the First Circuit

No. 13-1858

UNITED STATES OF AMERICA,

Appellee,

v.

ALBERTO OMAR DEL VALLE-RODRÍGUEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 4, 2014 is corrected as follows:

On p.5, ll.21-22, the citation should read as follows:

<u>United States</u> v. <u>Replogle</u>